McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MATTHEW M. PIERCEY,<br><br>                              Defendant. | CASE NO.  2:20-CR-0211-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 17, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 17, 2020.

2.      By this stipulation, defendant now moves to continue the status conference until February 11, 2021, at 9:30 a.m., and to exclude time between December 17, 2020, and February 11, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced over 160,000 pages of bates-stamped discovery, including investigative reports, bank and financial records, phone records, emails, and related documents in electronic form.  The government has also made additional discovery available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review the over 160,000 pages of discovery provided by the government, to review and copy discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.   In addition, defense counsel is preparing for a state court trial in People v. Jeffery Stringer that is expected to commence on January 22, 2021.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2020 to February 11, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 10, 2020                    MᴄGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ CHRISTOPHER S. HALES
                                             CHRISTOPHER S. HALES
                                             Assistant United States Attorney


Dated:  December 10, 2020                    /s/ DAVID FISCHER
                                             DAVID FISCHER
                                             Counsel for Defendant
                                             MATTHEW M. PIERCEY


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of December, 2020.


Troy L. Nunley
United States District Judge