PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0211-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MATTHEW M. PIERCEY, | DATE: June 17, 2021
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on June 17, 2021.

2.     By this stipulation, defendant now moves to continue the status conference until September 16, 2021, at 9:30 a.m., and to exclude time between June 17, 2021, and September 16, 2021, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has produced over 260,000 pages of bates-stamped discovery, including investigative reports, bank and financial records, phone records, emails, and related documents in electronic form.  The government has made additional discovery available for inspection and copying and has provided copies of eleven electronic devices to defense counsel

containing approximately 3 terabytes of data. In addition, the government executed a post-indictment search warrant on a storage locker and has recently made the materials seized in that warrant available to the defense for inspection and copying, including numerous electronic devices totaling over 10 terabytes of data.

b) Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review the over 260,000 pages of discovery, the approximately 3 terabytes of data provided by the government, and the additional materials made available for inspection and copying, to review and copy discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2021 to September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 11, 2021 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ CHRISTOPHER S. HALES<br>CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| Dated: June 11, 2021 | /s/ DAVID FISCHER<br>DAVID FISCHER<br>Counsel for Defendant<br>MATTHEW M. PIERCEY |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June, 2021.

_____
Troy L. Nunley
United States District Judge