PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0211-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MATTHEW M. PIERCEY, | DATE: May 18, 2023 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 18, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until July 27, 2023, at 9:30 a.m., and to exclude time between May 18, 2023, and July 27, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced over 260,000 pages of bates-stamped discovery, including investigative reports, bank and financial records, phone records, emails, and related documents in electronic form. The government has also made additional discovery available for inspection and copying, including multiple electronic devices to defense counsel containing approximately 3 terabytes of data. In addition, the government executed a post-indictment

search warrant on a storage locker and has made the materials seized in that warrant available to the defense for inspection and copying, including numerous electronic devices totaling over 10 terabytes of data.  The government has also provided defense counsel with an index to assist with the defense's ongoing review of extensive bank records included in the Bates-stamped discovery.

b)      The parties are continuing negotiations regarding potential resolution of this case. Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to and continue to review the over 260,000 pages of discovery and terabytes of data made available by the government, to review and copy discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial. Among other things, defendant continues to review the extensive discovery in this case with the assistance of a paralegal typically for many hours each week, and defense counsel is researching legal and factual issues that bear upon both plea negotiations and defensive strategies for this case. Defense counsel has recently concluded a trial in the matter of United States v. Beland, et al. 2:19-CR-21 WBS that began on March 7, 2023, for which he had been preparing for several weeks. In addition, defense counsel was scheduled to commence another federal criminal trial in United States v. Saintillus, 2:20-CR-00213-KJM on April 25, 2023, that ended up resolving shortly before the trial was scheduled to commence.  Defense counsel is also scheduled to begin a jury trial in Butte County in the matter of People v. Zuccolillo on May 22, 2023.

c)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review the discovery provided by the government, to review and copy discovery for this matter including electronic devices, to discuss potential resolutions with his client, and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2023 to July 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4          IT IS SO STIPULATED.

5

6

7    Dated:  April 28, 2023                              PHILLIP A. TALBERT
                                                         United States Attorney

8

9                                                        /s/ CHRISTOPHER S. HALES
                                                         CHRISTOPHER S. HALES
10                                                       Assistant United States Attorney

11

12   Dated:  April 28, 2023                              /s/ DAVID FISCHER
                                                         DAVID FISCHER
13                                                       Counsel for Defendant
                                                         MATTHEW M. PIERCEY

14

15

16

17                                  **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED this 1st day of May, 2023.

19

20

21

22                                                       Troy L. Nunley
                                                         United States District Judge
23

24

25

26

27

28