DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         david.fischer@fischerlawoffice.com

Attorney for Defendant
MATTHEW M. PIERCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATTHEW M. PIERCEY,

        Defendant.

Case No. 2:20-cr-0211-TLN

**ORDER TO SEAL**

PLEASE TAKE NOTICE that defendant MATTHEW PIERCEY moves the Court for leave to file his application for the appointment of second counsel under seal.

The application is made upon the grounds that good cause exists to file the application and accompanying documents under seal. Courts have found ex parte requests for subpoenas permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013). A defendant should be permitted to make an ex parte application for pretrial production of documents such as where "identification of the source of evidence potentially imperils the source or integrity of evidence; or where notice of subpoena duces tecum would compromise defense counsel's trial strategy; or where a constitutional interest of a defendant is implicated." *U.S. v. Sellers*, 275 F.R.D. 620, 624-625 (D. Nev. 2011). This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). This application contains information that is protected by the attorney-client

- 1 -

1  privilege and the work product privilege, including defense trial strategy. Failure to seal
2  the application would impinge upon Mr. Piercey's constitutional rights because he would
3  not be able to provide the same frank, detailed information in a public filing.
4      Specifically, through this application, Mr. Piercey is seeking the appointment of an
5  additional lawyer. If granted opposing counsel will certainly become aware a second
6  lawyer was appointed. However, the declaration in support of the request contains
7  significant work product and detailed information about defense strategy to which the
8  government is not entitled.
9      There is good cause for this court to use its authority under Federal Rule of
10 Criminal Procedure 49.1(d) to file the 17(c) application and accompanying documents
11 under seal.

                                       Respectfully submitted,

Dated: November 6, 2023        LAW OFFICES OF DAVID D. FISCHER, APC

                                       */s/David D. Fischer*
                                       DAVID D. FISCHER
                                       Attorney for Defendant
                                       MATTHEW M. PIERCEY

## **ORDER**

Good cause appearing, the Court hereby orders the application for a second attorney and accompanying documents sealed.

Dated: November 13, 2023

Troy L. Nunley
United States District Judge