1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, California 95765
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
   E-Mail:       david.fischer@fischerlawoffice.com
5

6  Attorney for Defendant
   MATTHEW M. PIERCEY
7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   Case No. 2:20-cr-0211-TLN
11                                      )
             Plaintiff,                 )   **ORDER APPOINTING SECOND
12                                      )   COUNSEL**
             v.                         )
13                                      )
   MATTHEW M. PIERCEY,                  )
14                                      )
             Defendant.                 )
15                                      )

16

17      Defendant Matthew Piercey, through his counsel, has applied for an Order

18 appointing a second lawyer pursuant to CJA Guideline § 220.10. Those requests were

19 filed conditionally under seal and the Court subsequently ordered those documents

20 sealed.

21      This Court, having considered the application finds good cause to grant that

22 request,

23      **IT IS HEREBY ORDERED** that Tasha Chalfant is appointed as co-counsel.

24

25 Dated: November 13, 2023

26
                                        _____
27                                      Troy L. Nunley
                                        United States District Judge
28

- 1 -