MARC DAYS, Bar # 184098
Days Law Firm
1125 T Street
Fresno, CA 93721
Telephone: (559) 708-4844
marcdays@dayslawfirm.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
MATTHEW M. PIERCEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0211-TLN |
| Plaintiff, | **ORDER** |
| vs. | |
| MATTHEW M. PIERCEY, | Hon. Troy L. Nunley |
| Defendants. | |

Upon application of the defendant Matthew Piercey, through counsel, and good cause being shown as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERD that defense counsel's *ex parte* application shall be SEALED until further order of the court.

Dated:  August 27, 2024

Troy L. Nunley
United States District Judge