1  MARC DAYS, Bar No. 184098
   Days Law Firm
2  1125 T Street
   Fresno, California 93721
3  Telephone: (559) 708-4844
   marcdays@dayslawfirm.com
4
   JOHN BALAZS, Bar No. 157287
5  Attorney at Law
   916 2nd Street, Suite F
6  Sacramento, CA 95814
   Telephone:  (916) 447-9299
7  balazslaw@gmail.com

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          No. 2:20-cr-0211-TLN

13              Plaintiff,
                                       SEALING ORDER
14        v.

15  MATTHEW M. PIERCEY,                Judge:  Troy L. Nunley

16              Defendant.

17

18
         **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that (1) **Exhibit A**, a
19
   report prepared by A..A. Howsepian, M.D., Ph.D., to defendant's reply to the government's
20
   opposition to motion to continue trial and (2) the Application to File Documents Under Seal shall
21
   be filed under seal until further order of the court.
22
         **IT IS SO ORDERED.**
23

24
         DATED: April 9, 2025          _____
25                                     Troy L. Nunley
                                       Chief United States District Judge
26

27

28