1  MICHELE BECKWITH
   Acting United States Attorney
2  AUDREY HEMESATH
   MATTHEW THUESEN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:20-cr-211 TLN
12 |                        Plaintiff, | ORDER
13 |            v.                     | DATE: May 19, 2025
                                        TIME: 9:30 a.m.
14 | MATTHEW PIERCEY,                  | COURT: Hon. Troy L. Nunley
15 |                       Defendant.  |

18    NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§ 6002 and 6003 that Theodore

19 Thatcher give testimony or provide other information that he refuses to give or provide in this case, on

20 the basis of his privilege against self-incrimination, as to all matters about which he may be asked to

21 testify at trial in this matter.

22    IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

23 or any information directly or indirectly derived from such testimony or other information, shall be used

24 against Theodore Thatcher in any criminal case, except that Theodore Thatcher shall not be exempted by

25 this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

26 failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.

27 § 6002.

28 //

IT IS SO ORDERED.

Date: April 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE