MARC DAYS, Bar No. 184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844
marcdays@dayslawfirm.com

JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone:  (916) 447-9299
balazslaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW M. PIERCEY,<br><br>Defendant. | No. 2:20-cr-0211-TLN<br><br>SEALING ORDER<br><br>Judge:  Troy L. Nunley |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that (1) **Exhibit A**, an April 29, 2025, report regarding Matthew Piercey prepared by A..A. Howsepian, M.D., Ph.D., and **Exhibit B**, a December 3, 2022, report of a psychological evaluation of Matthew Piercey prepared by Jennie K. Singer, Ph.D, to defendant's opposition to government's motion in limine to exclude expert testimony regarding evidence of mental condition and request for *Daubert* hearing, and (2) the Application to File Documents Under Seal, shall be filed under seal until further order of the court.

**IT IS SO ORDERED.**

DATED: May 6, 2025

_____
Troy L. Nunley
Chief United States District Judge