MICHELE BECKWITH
Acting United States Attorney
AUDREY HEMESATH
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MATTHEW PIERCEY,<br><br>              Defendant. | CASE NO. 2:20-cr-211 TLN<br><br>ORDER DISMISSING COUNTS SIX, ELEVEN, FIFTEEN, AND TWENTY-SIX OF THE INDICTMENT |

The Court HEREBY GRANTS the United States' motion to dismiss counts six, eleven, and fifteen of the Indictment, each of which charges wire fraud in violation of 18 U.S.C. § 1343, and count twenty-six of the Indictment, which charges mail fraud in violation of 18 U.S.C. § 1341. Fed. R. Crim. 48(a). Each count is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COUNTS