Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
MATTHEW PIERCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00211 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER THERON |
| v. | Date: December 18, 2025 |
| MATTHEW PIERCEY | Time: 9:30 am |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Matthew Thuesen, Counsel for Plaintiff, and Marc Days, Counsel for Defendant Matthew Piercey, that the sentencing hearing currently set for September 4, 2025, at 9:30 a.m., may be rescheduled to December 18, 2025, at 9:30 a.m., and the draft PSR due October 16, 2025. The parties agree and stipulate to the following schedule:

- 10/16/25 Draft PSR due;
- 11/6/25 Informal Objections to Draft PSR due
- 11/20/25 Final PSR due
- 12/4/25 Formal Objections to Final PSR due
- 12/11/25 Replies/Non-Oppositions due
- 12/18/25 Sentencing hearing.

The requested continuance is necessary for defense preparation and investigation. This continuance will conserve time and resources for both counsel and the court. Because the

Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

                                                Respectfully submitted,

                                                KIMBERLY SANCHEZ
                                                Acting United States Attorney

Dated:  July 29, 2025                                  /s/ *Matthew Thuesen*
                                                MATTHEW THUSEN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

Dated:  July 29, 2025                                  /s/ *Marc Days*
                                                MARC DAYS
                                                Attorney for Defendant
                                                Matthew Piercey

## **O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.

Dated: July 29, 2025

                                                TROY L. NUNLEY
                                                CHIEF UNITED STATES DISTRICT JUDGE