ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-211 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: May 21, 2026 |
| MATTHEW PIERCEY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Judgment and sentencing in this matter currently are set for February 12, 2026. ECF 133.

2.      The parties jointly request that this Court continue judgment and sentencing to May 21, 2026.

3.      The parties also request that this Court modify the remaining schedule as follows:

Formal objections to the Presentence Report ("PSR") due on May 7, 2026; and

Replies or statements of non-opposition due on May 14, 2026.

4.      The requested continuance will provide the United States with time needed to conduct additional investigation and review to provide this Court with its sentencing recommendation.

STIPULATION AND TO CONTINUE SENTENCING                    1

5.      Senior United States Probation Officer Julie Besabe does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated:  January 22, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
AUDREY B. HEMESATH
MATTHEW THUESEN
Assistant United States
Attorneys

Dated:  January 22, 2026

/s/ MARC DAYS
MARC DAYS
JOHN BALAZS
Counsel for Defendant
Matthew Piercey

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, judgment and sentencing in this matter is continued to May 21, 2026, at 9:30 a.m., and the parties' formal objections to the PSR are due May 7, 2026, and replies or statements of non-opposition are due May 14, 2026.

IT IS SO ORDERED this 23rd day of January, 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND TO CONTINUE SENTENCING

2