ERIC GRANT
United States Attorney
MATTHEW THUESEN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW M. PIERCEY,<br><br>Defendant. | 2:20-CR-00211-TLN<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the Motion and Application for a Preliminary Order of Forfeiture filed by the United States of America, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

1.      The Indictment filed November 12, 2020, charged defendant Matthew M. Piercey with more than thirty federal offenses, including wire fraud, mail fraud, witness tampering, and money laundering.  The Indictment included a forfeiture allegation, seeking to forfeit all property that "constitutes or is derived from proceeds obtained directly or indirectly," connected to the fraud offenses, and property "involved in" the two charged money laundering offenses.  The United States filed a Bill of Particulars identifying several assets it believed were subject to forfeiture "pursuant to the forfeiture provision contained in the Indictment."  Dkt. 124.

2.      On May 15, 2025, defendant Matthew M. Piercey pleaded guilty to wire fraud (Counts 1-5, 7-10, 12-14, 16-25), witness tampering (Counts 27-29), and money laundering (Counts 30-31).

1

3.      On April 30, 2026, the United States filed a Motion and Application for Preliminary Order of Forfeiture to forfeit the following property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c):

a.      Real property located at 8754 Hufford Way, Millville, California, Shasta County, APN: 060-580-004-000,
b.      Approximately $31,000 Swiss Francs,
c.      Approximately $1,101.00 in U.S. Currency, and
d.      Approximately $200,000.00 in funds sent to Brown Rudnick LLP.

4.      Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c), defendant Matthew M. Piercey's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

a.      Approximately $529,106.17 in lieu of real property at 8754 Hufford Way, Millville, California, Shasta County, APN: 060-580-004-000, plus any accrued interest,[1]
b.      Approximately $31,000 Swiss Francs, plus any accrued interest,
c.      Approximately $1,101.00 in U.S. Currency, plus any accrued interest, and
d.      Approximately $200,000.00 in funds sent to Brown Rudnick LLP, plus any accrued interest.

5.      The above-listed assets constitute, or are derived from, proceeds obtained directly or indirectly from violations of 18 U.S.C. § 1343 (wire fraud) or were involved in violations of 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering), as represented by defendant Matthew M. Piercey's guilty plea to Counts Four, Twenty-Five, Thirty, and Thirty-One of the Indictment. *See* Docket 126.

6.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

7.      a.      Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in

---

[1] A Stipulation and Order Re Interlocutory Sale of Real Property was filed on July 12, 2024, allowing for the sale of the real property at 8754 Hufford Way, Millville, California. Dkt. 72. The net proceeds from the sale totaled $529,106.17.

2

the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

8.    The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

9.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 12th day of May 2026.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3

Preliminary Order of Forfeiture