ERIC GRANT
United States Attorney
MATTHEW THUESEN
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-211 TLN |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| MATTHEW PIERCEY, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based on the representations contained in the government's Request to Seal Documents, IT IS HEREBY ORDERED that Exhibits 1, 3-7, 20-24, 26-50, 52-53, 55, 58-60, and 62-66 to the United States' Sentencing Memorandum, ECF 145, and the United States' Request to Seal Documents shall be SEALED until further order of this Court.

It is further ORDERED that access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Request to Seal Documents, sealing the identified documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

ORDER SEALING DOCUMENTS

1

In light of the public filing of the Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing the exhibits and the Request to Seal Documents that would adequately protect the compelling interests identified by the government.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE